NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BURLEY A. HOWARD, DOC #079061,      )
                                    )
              Appellant,            )
                                    )
v.                                  )
                                    )    Case No.  2D18-3279
STATE OF FLORIDA,                   )
                                    )
              Appellee.             )
_____ )

Opinion filed April 5, 2019.

Appeal from the Circuit Court for Polk
County; Mark F. Carpanini, Judge.

Howard L. Dimmig, II, Public Defender,
and Joanna Beth Conner, Assistant
Public Defender, Bartow, for Appellant.


PER CURIAM.


              Affirmed.


LaROSE, C.J., and KHOUZAM and SLEET, and, JJ., Concur.